**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NYESHA LASHAE SIMMONS,<br><br>Plaintiff,<br><br>v.<br><br>SUPERINTENDENT WILLIAM FRANTZ, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 3:26-cv-02687<br><br>(SAPORITO, J.) |

**ORDER**

**AND NOW**, this 16th day of October, 2026, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. Upon review of her prisoner account statement, the plaintiff's application for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

2. The plaintiff shall pay the full filing fee of $350.00, based on the financial information provided in the application to proceed in forma pauperis. The full filing fee shall be paid regardless of the outcome of the litigation.

3. Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the superintendent or warden, or other appropriate official at the plaintiff's place of confinement, is directed to deduct an initial partial filing fee of 20% of

the greater of:

a. the average monthly deposits in the inmate's prison account for the past six months, or

b. the average monthly balance in the inmate's prison account for the past six months.

This initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number. In each succeeding month, when the amount in the plaintiff's inmate trust fund account exceeds $10.00, the superintendent or warden, or other appropriate official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to the plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the above-captioned docket number.

4. The Clerk is directed to **SEND** a copy of this order to the superintendent or warden of the institution where the plaintiff is presently confined.

5. The Clerk is **DIRECTED** to provide the plaintiff with a copy

of the Court's *pro se* prisoner complaint form.

6. The plaintiff shall **FILE** any amended complaint within thirty (30) days after entry of this order.

7. To the extent the plaintiff requests appointment of counsel, she is directed to file a motion explaining the basis for the request. The plaintiff is advised that a civil litigant has no general right to appointment of counsel; counsel may be appointed for an indigent litigant on a discretionary basis based on the circumstances of the particular case. *See* 28 U.S.C. § 1915(e)(1); *Tabron v. Grace*, 6 F.3d 147 (3d Cir. 1993).

Dated: October 16, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge