Please excuse the informal format of this 'Amended Complaint.'
My goal + expectation to 'type' its entirety was not a possible option as Ive suddenly been removed from the General Library use for this past week which is consisted of (3) three days/wkly.

Ive enclosed a responds from the librarian upon my asking the reason of + replacement of my weekly library appointments.

To avoid missing my deadline of November 16 2026 and considering the upcoming VETERANS DAY holiday, Im submitting this 'Amended Complaint' in writing.
No copies are attached as time from the removal did not allow

Also

Medical will not be releasing my medical records to me as I desired, for the purposes of this complaint. (Also enclosed the responds of)

NYESHA L. SIMMONS
Nyesha L. Simmons
11-08-2026

MB 22

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer) Library | 2. Date: 10-30-2026 Friday |
| 3. By: (Print Inmate Name and Number) Naesha Simmons [illegible]1390<br>Inmate Signature | 4. Counselor's Name: Baker<br>5. Unit Manager's Name: Miller |
| 6. Work Assignment: Inside Grounds | 7. Housing Assignment: MB22 |

8. Subject: State your request completely but briefly. Give details.

Requesting to Be added back to Saturday Library @ 1pm.
I guess I was removed for the Breast cancer walk last Saturday

9. Response: (This Section for Staff Response Only)

Back on for SAT - 1300

To DC-14 CAR only ☐ To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME Dan Walz (Print) [signature] (Signature) DATE 11/4/26

B22

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Medical Records | 2. Date:<br>10-23-2026 Friday |
| 3. By: (Print Inmate Name and Number) PA1390<br>Nyesha Simmons<br>N. Simmons<br>Inmate Signature | 4. Counselor's Name:<br>Baker<br>5. Unit Manager's Name:<br>Miller |
| 6. Work Assignment:<br>Inside Grounds | 7. Housing Assignment:<br>MB22 |

8. Subject: State your request completely but briefly. Give details.

Requesting to view + buy copies
of medical records
for around January 2025
Can you schedule me on the call-out?

9. Response: (This Section for Staff Response Only)

you can view & take Notes
No copies
i will get you on my list

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME Dimon ______ (Print) ______ (Signature) DATE 10-30